# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### CW13-1300 c/w 14-5 and 14-142

PINE PRAIRIE ENERGY CENTER, LLC
AND PLAINS MARKETING, LP

VERSUS

EDDIE SOILEAU, SHERIFF AND EX OFFICIO TAX COLLECTOR, PARISH OF EVANGELINE, STATE OF LOUISIANA AND DIRK DEVILLE, ASSESSOR, EVANGELINE PARISH, STATE OF LOUISIANA

************

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. 73106-B
HONORABLE THOMAS F. FUSELIER, JUDGE

************

J. DAVID PAINTER
JUDGE

************

Court composed of Sylvia R. Cooks, J. David Painter, and Phyllis M. Keaty, Judges.

Cook, J., dissents.

AFFIRMED.

Brian A. Eddington
8941 Jefferson Hwy, Ste. 200
Baton Rouge, LA 70809
COUNSEL FOR DEFENDANTS-APPELLANTS:
    Eddie Soileau, Sheriff and Ex Officio Tax Collector for Evangeline Parish and Dirk Deville, Assessor for Evangeline Parish

Jesse R. Adams, III
Andre B. Burvant
201 St. Charles Ave., 51st Fl.
New Orleans, LA 70170
COUNSEL FOR PLAINTIFFS-APPELLEES:
    Pine Prairie Energy Center, LLC, and Plains Marketing, LP and the Industrial Development Board No. 1 of the Parish of Evangeline, State of Louisiana, Inc.

**Anthony L. Walker**
**1101 W. Main St.**
**Ville Platte, LA 70586**
**COUNSEL FOR PLAINTIFF-APPELLEE:**
   **Industrial Development Board No. 1 of the Parish of Evangeline, State**
   **of Louisiana, Inc.**

**PAINTER, Judge.**

For the reasons set forth in the companion case hereto, *Pine Prairie Energy Center, L.L.C. And Plains Marketing, L.P. vs. Eddie Soileau, Sheriff And Ex Officio Tax Collector, Parish Of Evangeline, State Of Louisiana and Dirk Deville, Assessor, Evangeline Parish, State Of Louisiana*, 14-5 c/w 14-142, (La.App. 3 Cir. __/__/14) ___ So.3d ___, the judgment of the trial court is affirmed. Costs of this appeal are assessed to Defendants-Appellants, Eddie Soileau, Sheriff and Ex Officio Tax Collector for Evangeline Parish, and Dirk Deville, Assessor for Evangeline Parish.

**AFFIRMED.**